# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Aimee O'Neil, and**
**M.O.**

        **Plaintiffs,**

    vs.                                **CASE NUMBER: 5:09cv594**

**Wallace Van Auser, and**
**County of Oswego,**

        **Defendants.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the plaintiff's Amended Complaint is dismissed for lack of subject matter jurisdiction.

    All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 21st day of July, 2009.

DATED: July 21, 2009

*Lawrence K. Baerman*
Clerk of Court

Marie N. Marra
Deputy Clerk